**Order entered December 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01030-CV

### SANJAY BHARDWAJ, Appellant

### V.

### ANUPAMA PATHAK, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53882-2013**

## ORDER

We **GRANT** appellant's December 10, 2014 motion for an extension of time to file a reply brief. Appellant shall file a reply brief by January 29, 2015.

/s/    ELIZABETH LANG-MIERS
        JUSTICE